**Foster M. THOMPSON,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97275.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 19, 2012.

Gwenda Renee' Robinson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. Bartholomew, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## ORDER

PER CURIAM.

Movant, Foster M. Thompson, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).